

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

May 15, 2025

**BY ECF**
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:   *United States v. Derian Del Carmen,* S1 24 Cr. 601 (JPO)
>        *United States v. Estevez* et al. *(Del Carmen)*, 18 Cr. 669 (JPO) (VOSR)

Dear Judge Oetken:

      The Government respectfully moves with the Probation Office's consent for an order unsealing the internal chronologies and related documents maintained by the Probation Office in connection with its supervision of the defendant, Derian Del Carmen, during the term of supervised release imposed by this Court in *United States v. Estevez* et al., 18 Cr. 669 (JPO) (the "Probation files"). The parties are scheduled to commence trial on July 14, 2025, in the defendant's more recent criminal case, *United States v. Del Carmen*, S1 24 Cr. 601 (JPO). The Government has reason to believe that the Probation files contain material relevant to the conduct charged in connection with the forthcoming trial. Once in possession of the Probation files, the Government will disclose any discoverable information pursuant to Rule 16 and/or pursuant to its obligations under 18 U.S.C. § 3500, *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972).

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Justin Horton
Assistant United States Attorney
Southern District of New York
(212) 637-2276

Granted.
So ordered:
5/15/2025

_____
J. PAUL OETKEN
United States District Judge