LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

> Granted. Sentencing is adjourned to March 31, 2026, at 12:00pm. Defendant's sentencing submission is due March 17, 2026, and the government's is due March 24, 2026.
> So ordered:
> 1/7/2026
>
> _J. PAUL OETKEN_
> United States District Judge

January 6, 2026

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Derian Del Carmen; 24 Cr. 601 (JPO)**

Dear Judge Oetken:

I represent Derian Del Carmen in the above-referenced matter, having been appointed as counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On June 24, 2025, Derian pled guilty pursuant to a plea agreement with the Government to a narcotics offense. He faces a 10-year mandatory minimum when he is sentenced. Sentencing is currently scheduled for January 15, 2026.

I write, without objection from the Government, to respectfully request an adjournment of sentencing until the end of March or beginning of April, 2026. Following his guilty plea, Mr. Del Carmen applied and was accepted to the Integrity House *Men of Integrity* substance use disorder program ("Integrity House") at Hudson County Correctional and Rehabilitation Center ("Hudson"). As described in the attached letter, Integrity House is a licensed and accredited residential treatment provider within Hudson. Treatment at Integrity House typically lasts four to six months and involves "intensive clinical services" and includes, "individual counseling, group therapy, psychoeducational programming, recovery support services, and structured daily activities focused on accountability, emotional regulation, and preparation for community reintegration." Mr. Del Carmen began the program at Integrity House on October 28, 2025.

Since Mr. Del Carmen began participating in the program at Integrity House, he has been "actively engaged." He has been working closely with his primary counselor and "demonstrated insight into the impact of his substance use." Additionally, "he attends scheduled programming, engages cooperatively in individual sessions, and continues to work toward meeting phase advancement requirements." According to his treatment team, Mr. Del Carmen remains "motivated for change and benefits from the structure and intensity of the therapeutic environment" and "appears to be on track toward continued progress within the program …"

Based on Mr. Del Carmen's "current level of engagement" and "clinical progress," Integrity House recommends that sentencing be adjourned. The adjournment will allow Mr. Del Carmen to continue to advance through the program's phases and graduate at the end of March or beginning of April, 2026. Accordingly, we respectfully request an adjournment of sentencing until such time.

Thank you for your consideration.

Respectfully submitted,

*Anthony Cecutti*

Anthony Cecutti, Esq.

December 30, 2025

Lisa Orloff, LMSW, ACSW
Mitigation Expert
United States District Court- CJA Panel
EDNY, SDNY, WDNY
PO Box 412
South Orange, NJ 07079

**Re: Derian Del Carmen | DOB: 02/07/1996**

Dear Ms. Orloff,

Mr. Derian Del Carmen has been an active participant in the Integrity House *Men of Integrity* substance use disorder treatment program since October 28, 2025, following his voluntary admission while detained as a federal detainee at the Hudson County Correctional & Rehabilitation Center. Integrity House operates as a contracted treatment provider within Hudson County Corrections & Rehabilitation and delivers licensed substance use disorder treatment services. All Integrity House programs are licensed by the New Jersey Department of Health and accredited by the Commission on Accreditation of Rehabilitation Facilities (CARF)

Integrity House provides **ASAM Level 3.5 – Clinically Managed High-Intensity Residential Treatment**, utilizing a Therapeutic Community model. This level of care is designed for individuals with substance use disorders who require a highly structured residential environment combined with intensive clinical services to address addiction, behavioral patterns, and life-skill deficits. Treatment includes individual counseling, group therapy, psychoeducational programming, recovery support services, and structured daily activities focused on accountability, emotional regulation, and preparation for community reintegration

The typical length of stay for individuals in long-term residential therapeutic community treatment at this level of care ranges from **four to six months**, depending on clinical progress, phase advancement, and individualized treatment goals.

Mr. Del Carmen was clinically assessed and determined to meet criteria for ASAM Level 3.5 services. According to his most recent progress report dated November 19, 2025, he is actively engaged in treatment and working with his primary counselor to identify and address maladaptive behaviors related to substance use and criminal thinking patterns. He has demonstrated insight into the impact of his substance use, is participating in individual and group counseling sessions, and is currently progressing through the phases of the Therapeutic Community. He attends scheduled programming, engages cooperatively in individual sessions, and continues to work toward meeting phase advancement requirements

While Mr. Del Carmen presents with a history of substance use and emotional challenges that require continued clinical intervention, his treatment team reports that he remains motivated for change and benefits from the structure and intensity of the therapeutic environment. He appears to be on track toward continued progress within the program, with a focus on stabilization, skill development, and long-term recovery planning.

Based on his current level of engagement and clinical progress, an adjournment of sentencing would allow Mr. Del Carmen additional time to meaningfully participate in and benefit from treatment at Integrity House. Continued participation in this structured therapeutic setting would support further behavioral change, reduce relapse risk, and allow for a more comprehensive assessment of his rehabilitative progress prior to sentencing consideration.

Please feel free to contact me should you require any additional information.

Respectfully,

*Tahina Reyes-Arenas*
Social Rehabilitation Therapist, Bilingual

**Hudson County Corrections & Rehabilitation**
**Department of Housing and Community Reintegration**
30-35 Hackensack Avenue
Kearny, NJ 07032
Phone: 201.395.5600 Ext 5123
Email: treyes@hcnj.us